# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Tiffany Autumn Luna

Write the full name of each plaintiff.

26 CV 1723

_____CV_____

(Include case number if one has been assigned)

-against-

Sabrina Annlynn Carpenter
&
Island Def Jam Music Group

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

**COMPLAINT**

Do you want a jury trial?
☐ Yes  ☐ No



RECEIVED
MAR - 2 2026
PRO SE OFFICE

## NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

■ Federal Question

☐ Diversity of Citizenship

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

_Copyright Infridgement_

### B. If you checked Diversity of Citizenship

1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _Tiffany Autumn Juna_ (Plaintiff's name), is a citizen of the State of

_Texas_
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Page 2

If the defendant is an individual:

The defendant, **Sabrina Annlynn Carpenter** (Defendant's name), is a citizen of the State of

**New York**

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation/**2nd defendant**:

The defendant, **Island Def Jam Music Group**, is incorporated under the laws of the State of **California**

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in **Netherlands (UMG - ~~S-Graveland seweg 80~~, 127 EW, Hilversum, Netherlands)**

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

**Tiffany** | **Autumn** | **Luna**
First Name | Middle Initial | Last Name

**6822 Avenue V, Unit**
Street Address

**Harris, Houston** | **TX** | **77011**
County, City | State | Zip Code

**(281) 504-7737** | **tiffanyslullaby@gmail.com**
Telephone Number | Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:
First Name: Sabrina
Last Name: Carpenter
Current Job Title (or other identifying information): Recording Artist
Current Work Address (or other address where defendant may be served) (HOME): 108 Leonard Street #15A
County, City: New York County, NYC
State: New York
Zip Code: 10013

Defendant 2:
First Name: Island Def Jam Music Group
Last Name:
Current Job Title (or other identifying information): Recording Studio
Current Work Address (or other address where defendant may be served): 2220 Colorado Ave
County, City: Los Angeles county, Santa Monica
State: CA
Zip Code: 90404

Defendant 3:
First Name:
Last Name:
Current Job Title (or other identifying information):
Current Work Address (or other address where defendant may be served):
County, City:
State:
Zip Code:

Page 4

Defendant 4: _____
First Name        Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City       State       Zip Code

### III. STATEMENT OF CLAIM

Place(s) of occurrence: California

Date(s) of occurrence: April 12, 2024

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

I am the sole owner of the musical composition and sound recording of the song "I'm In Love", Registration # PA 0002479655, which was released on the album "Luminescence" on October 23rd, 2023. It was publicly distributed and made available on all platforms and outlets on that date.

Defendant Sabrina Carpenter released the song "Espresso" April 12, 2024, the song is owned and distributed by defendant Island Def Jam Music Group. "Espresso" copies original, protectable elements of "I'm In Love", like the instrumental arrangement, production elements, melodic structure, compositional elements, specific lyrical phrasing and thematic expression. Defendant Sabrina Carpenter learned of me and my song through my ex Justin Bieber and wife Hailey Baldwin-Bieber

whom are aggravatedly stalking me and have attempted to assassinate me. The lyrics of the songs "Espresso" also "Shade" me, Shade my "I'm In love"

I have suffered lost income, loss of licensing opportunities, reputational harm and diminution in the value of my work.

Defendants reproduced, distributed and commercially exploited "Espresso", which contains SUBSTANTIAL similarities to "I'm In Love", without my authorization, license or consent.

**INJURIES:** I filed in Texas April 2024, but was dismissed due to lack of personal jurisdiction case # 4:24-CV-03215

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

N/A

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

I would like five million ($5,000,000) or 200% royalties (and all) profits and removal of the song, and any other relief the Court deems proper.

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

02/19/2026 (Thursday)
Dated

Plaintiff's Signature

First Name: Tiffany
Middle Initial: Autumn
Last Name: Luna

Street Address: 6822 Avenue V, Unit 2
County, City: Harris, Houston
State: TX
Zip Code: 77011

Telephone Number: (281) 504-7737
Email Address (if available): tiffanyslullaby@gmail.com

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☒ Yes   ☐ No

   If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

